IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARRELL WILLIAMS BEY,　　　　　　*
# 73459-509,　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　　Petitioner,　　　　　　　*
　　　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　　　* CIVIL ACTION NO. 25-00462-JB-B
　　　　　　　　　　　　　　　　*
U.S. DEPARTMENT OF JUSTICE,　　*
*et al.*,　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　　Respondents.　　　　　　　*

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated February 23, 2026 (Doc. 2) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Darrell Williams's habeas corpus petition (Doc. 1) and this action are **DISMISSED without prejudice** for lack of jurisdiction.

　　　**DONE and ORDERED** this 16th day of March, 2026.

　　　　　　　　　　　　　　/s/ JEFFREY U. BEAVERSTOCK
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE